# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 21-5147**                                      **September Term, 2021**

**1:21-cv-01442-JDB**

**Filed On:** October 1, 2021

Xiu Jian Sun, Spiritual Adam,

        Appellant

        v.

Barack Hussein Obama,

        Appellee

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**BEFORE:**     Tatel and Rao, Circuit Judges, and Sentelle, Senior Circuit Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed June 4, 2021, be affirmed. The district court did not abuse its discretion in dismissing the complaint with prejudice for failure to comply with the pleading standards of Federal Rule of Civil Procedure 8(a). See Ciralsky v. CIA, 355 F.3d 661, 668-71 (D.C. Cir. 2004). That rule requires "a short and plain statement of the grounds for the court's jurisdiction" and "a short and plain statement of the claim showing that the pleader is entitled to relief," see Fed. R. Civ. P. 8(a), and appellant's complaint states no discernible claim or basis for jurisdiction.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

                 **FOR THE COURT:**
                 Mark J. Langer, Clerk

         BY:    /s/
                 Daniel J. Reidy
                 Deputy Clerk